UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
TOWANDA FELICIA BILLOPS

CASE NO. 07 B 23717

CHAPTER 13

JUDGE: MANUEL BARBOSA

Debtor  
SSN XXX-XX-0642

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/18/07 and confirmed on 02/22/08.

2. The case was dismissed after confirmation, 09/11/2008.

3. The Debtor paid a total of $  3300.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | 1608.60 | .00 | 1608.60 |
| CREDIT UNION 1 | SECURED VEHIC | .00 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3819.41 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2632.29 | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1347.77 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7116.72 | .00 | .00 |
| BASS & ASSOCIATES | UNSECURED | 1332.14 | .00 | .00 |
| MACYS RETAIL HOLDINGS IN | UNSECURED | 149.45 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 7633.59 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 3000.48 | .00 | .00 |
| COMED | UNSECURED | 452.33 | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1608.60 | .00 | 27484.18 | .00 | 29092.78 |
| PRINCIPAL PAID | 1608.60 | .00 | .00 | .00 | 1608.60 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1608.60 | .00 | .00 | .00 | 1608.60 |

The Debtor's attorney, LEDFORD & WU                     , was allowed $   3500.00 and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $    191.40 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE